# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 2/27/2023 | $52,803.41 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 3/9/2023 | $878.22 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 3/30/2023 | $8,817.58 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 3/31/2023 | $6,725.17 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/3/2023 | $19,124.68 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/5/2023 | $10,071.79 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/7/2023 | $8,046.31 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/10/2023 | $6,490.75 | Services |

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/13/2023 | $9,501.19 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/14/2023 | $4,370.44 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/17/2023 | $9,226.83 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/18/2023 | $2,997.54 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/21/2023 | $14,323.95 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/25/2023 | $22,645.75 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/27/2023 | $5,511.96 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 4/28/2023 | $5,352.75 | Services |
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 5/1/2023 | $8,069.78 | Services |

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Metropolitan Trucking Inc. PO Box 634 Mifflinville, PA 18631-0634 | Christmas Tree Shops LLC | 5/3/2023 | $7,423.16 | Services |
| **Total** | | | **$202,381.26** | |